**Order entered September 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00470-CV

### IN THE INTEREST OF N.A.F., M.J.F., AND O.J.F., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-01912**

## ORDER

Before Chief Justice Wright, Justice Francis, and Justice Stoddart

Before the Court are appellant's September 1, 2017 motion to reinstate and the court reporter's September 5, 2017 request for an extension of time to file the reporter's record.

This appeal was dismissed on August 31, 2017, after appellant failed to comply with our directive to provide written verification she had either paid or made arrangements to pay for the clerk's record or had been found entitled to proceed without payment of costs. *See* TEX. R. APP. P. 37.3(b), 42.3(b). In her motion to reinstate, appellant does not mention she has paid for the clerk's record, but states she has paid the appellate court filing fee and the fee for the reporter's record. The reporter acknowledges payment in her extension request and asks for an additional ten days to file the record.

We construe appellant's motion as a motion for rehearing. We **GRANT** the motion to the extent we **REINSTATE** the appeal and **ORDER** appellant to file, within ten days of the date

of this order, written verification she has paid the fee for preparation of the clerk's record. We caution appellant this appeal will be dismissed without further notice if she fails to timely comply. *See id.* 37.3(b), 42.3(b).

We note the reporter's record was filed September 12, 2017. Accordingly, we **DENY** the extension request as moot.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE